

KEITH A. PITT
keith@slindenelson.com

April 6, 2016

Judge Joseph Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **E-File Letter Request for Telephonic Appearance**
*Aircargo Communities, Inc. v. 9T Technologies, LLC dba 7LFreight*
USDC, Northern District, San Francisco Division, Case No. 3:15-CV-01412 JCS

Dear Judge Spero:

Pursuant to Your Honor's scheduling notes, please accept this letter as 9T Technologies, LLC's formal request to appear telephonically for the below hearing for expedited consideration. The direct land line for contact is 503-417-7777.

| | |
|---|---|
| Hearing: | April 22, 2016 |
| Time: | 2:00 p.m. |
| Location: | Courtroom G – 15th Floor |
| Trial Date: | None set |
| Action Filed: | August 20, 2014 |

Should other counsel wish to appear, our firm's conference line is available for use as follows:
- Dial in number:       1-866-305-2467
- Participant Code:   129471 *(Court and Counsel)*
- Host Code:              1294715 *(Attorney Pitt)*

Please confirm whether the court needs anything further.

The Court will contact Mr. Pitt on his direct land line unless other counsel submit a request to appear by phone.

Very truly yours,

/ s / Keith A. Pitt

Keith Pitt

Dated: 4/7/16

KAP:mls



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

SLINDE NELSON STANFORD ATTORNEYS | 1940 US Bancorp Tower  111 SW Fifth Avenue | Portland, OR USA  97204 | t. 503 417 7777  f. 503 417 4250 | www.slindenelsonstanford.com