

PHILIP J. NELSON
phil@slindenelson.com

May 11, 2016

Judge Joseph Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    **E-File Letter Request for Telephonic Appearance**
           *Aircargo Communities, Inc. v. 9T Technologies, LLC dba 7LFreight*
           USDC, Northern District, San Francisco Division, Case No. 3:15-CV-01412 JCS

Dear Judge Spero:

Pursuant to Your Honor's scheduling notes, please accept this letter as 9T Technologies, LLC's formal request to appear telephonically for the below hearing for expedited consideration. The direct land line for contact is 503-417-7777.

    Hearing:       May 27, 2016
    Time:          2:00 p.m.
    Location:      Courtroom G – 15th Floor
    Trial Date:    None set
    Action Filed:  August 20, 2014

Should other counsel wish to appear, our firm's conference line is available for use as follows:
- Dial in number:    1-866-305-2467
- Participant Code:  129471 *(Court and Counsel)*
- Host Code:         1294715 *(Attorney Nelson)*

Please confirm whether the court needs anything further.

Very truly yours,        Dated: May 11, 2016    IT IS SO ORDERED.
                                                                   Joseph C. Spero
/ s / *Philip J. Nelson*                                       Chief Magistrate Judge

Philip J. Nelson

PJN:mls